# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2014

*The Court of Appeals hereby passes the following order:*

### A14A1014. DEKALB COUNTY SCHOOL DISTRICT v. YVONNE SANDERS BUTLER.

Yvonne Sanders Butler filed a petition for writ of mandamus and a complaint for breach of contract against the DeKalb County School District ("DCSD"), requesting, inter alia, that the trial court order DCSD to provide her with a hearing under the Fair Dismissal Act, codified at OCGA § 20-2-940 *et seq*. Both parties filed motions for summary judgment, and the trial court granted in part and denied in part each party's motion. Additionally, the trial court issued a writ of mandamus ordering DCSD to provide Butler with a full hearing within 30 days. DCSD filed a notice of appeal therefrom.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/14/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*